**Order filed June 17, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-01046-CR**

_____

**STEVEN JAMES SEBRING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1323534**

## ORDER

Appellant is represented by retained counsel, Thomas M. Henderson. Appellant's brief was originally due January 29, 2014. Appellant was previously represented by appointed counsel. Appellant's appointed counsel requested and received a total of 60 days extension of time to file appellant's brief until March 31, 2014. Appellant retained Thomas M. Henderson as his counsel after that date. We granted appellant's current counsel an extension of time to file appellant's

brief to June 9, 2014. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On June 9, 2014, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Thomas M. Henderson to file a brief with the clerk of this Court on or before July 10, 2014. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM